City of Avon
36080 CHESTER ROAD
AVON, OH 44011

| | | |
|---|---|---|
| PERIOD START: 12/17/17 | END: 12/30/17 | FED FS: Single |
| CHECK #: Direct Deposit | DATE: 01/05/18 | FED EXEMPT: 0 |
| SALARY: $0.00 | RATE: $25.7700 | FED ADD ON: $0.00 |
| EMP NO: 0599 | NET: $1,654.46 | STATE FS: Single |
| NAME: DYKE, JENNIFER LYNN | | STATE EXEMPT: 0 |
| DEPT: POLICE DEPT. | | STATE ADD ON: $0.00 |
| WAGE YTD: $2,488.40 | | |

Happy New Year!

| PAY CODE | HOURS | RATE | CURRENT | YTD | PAY CODE | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| HOLIDAY HALF TIME | 8.0000 | $13.7900 | $110.32 | $110.32 | OVERTIME | 8.0000 | $39.5600 | $316.48 | $316.48 |
| PERSONAL HOLIDAY | 8.0000 | $25.7700 | $206.16 | $206.16 | Regular | 72.0000 | $25.7700 | $1,855.44 | $1,855.44 |
| | | | | | | 96.0000 | | $2,488.40 | |

| DEDUCTION | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
|---|---|---|---|---|---|
| FEDERAL TAX | $357.51 | $357.51 | STATE TAX | $63.19 | $63.19 |
| AVON CITY - RITA | $42.37 | $42.37 | MEDICARE | $35.10 | $35.10 |
| SINGLE HEALTH INS | $67.52 | $67.52 | OPERS | $248.84 | $248.84 |
| UNION DUES FOP | $19.41 | $19.41 | | | |
| | | | | $833.94 | |

| ACCRUAL (BENEFIT) as of 12/30/2017 | OPENING | EARNED YTD | USED YTD | TRANS YTD | BALANCE |
|---|---|---|---|---|---|
| ACCRUED HOLIDAY | 0.0000 | 80.0000 | 80.0000 | 0.0000 | 0.0000 |
| COMP | 22.0000 | 63.7500 | 61.7500 | 0.0000 | 24.0000 |
| PERSONAL HOLIDAY | 0.0000 | 24.0000 | 24.0000 | 0.0000 | 0.0000 |
| SICK | 1270.8900 | 120.0000 | 32.0000 | -88.0000 | 1270.8900 |
| VACATION | 0.0000 | 200.0000 | 200.0000 | 40.0000 | 40.0000 |

| NET ALLOCATION | AMOUNT | NET ALLOCATION | AMOUNT |
|---|---|---|---|
| Direct Deposit [***508] | $1,654.46 | | |

| Time Card Detail | Work Date | Shift | Hours | Rate | Effective Rate | Lump Payment | Gross |
|---|---|---|---|---|---|---|---|
| HOLIDAY HALF TIME | 12/30/2017 | | 8.0000 | $13.7900 | $13.7900 | $0.00 | $110.32 |
| OVERTIME | 12/30/2017 | | 8.0000 | $39.5600 | $39.5600 | $0.00 | $316.48 |
| PERSONAL HOLIDAY | 12/30/2017 | | 8.0000 | $25.7700 | $25.7700 | $0.00 | $206.16 |
| Regular | 12/30/2017 | | 72.0000 | $25.7700 | $25.7700 | $0.00 | $1,855.44 |

Direct Deposit

01/05/2018

$0.00

*** NOT NEGOTIABLE ***

DYKE, JENNIFER LYNN
6 WHITAKER COVE
AVON LAKE, OH 44012

City of Avon
36080 CHESTER ROAD
AVON, OH 44011

| | | |
|---|---|---|
| PERIOD START: 12/31/17 | END: 01/13/18 | FED FS: Single |
| CHECK #: Direct Deposit | DATE: 01/19/18 | FED EXEMPT: 0 |
| SALARY: $0.00 | RATE: $25.7700 | FED ADD ON: $0.00 |
| EMP NO: 0599 | NET: $1,521.12 | STATE FS: Single |
| NAME: DYKE, JENNIFER L. | | STATE EXEMPT: 0 |
| DEPT: POLICE DEPT. | | STATE ADD ON: $0.00 |
| WAGE YTD: $4,661.04 | | |

| PAY CODE | HOURS | RATE | CURRENT | YTD | PAY CODE | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| HOLIDAY HALF TIME | 8.0000 | $13.8800 | $111.04 | $221.36 | Regular | 80.0000 | $25.7700 | $2,061.60 | $3,917.04 |
| | | | | | | 88.0000 | | $2,172.64 | |

| DEDUCTION | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
|---|---|---|---|---|---|
| FEDERAL TAX | $227.85 | $585.36 | STATE TAX | $52.12 | $115.31 |
| AVON CITY - RITA | $36.84 | $79.21 | MEDICARE | $30.52 | $65.62 |
| SINGLE HEALTH INS | $67.52 | $135.04 | OPERS | $217.26 | $466.10 |
| UNION DUES FOP | $19.41 | $38.82 | | | |
| | | | | $651.52 | |

| ACCRUAL (BENEFIT) as of 1/13/2018 | OPENING | EARNED YTD | USED YTD | TRANS YTD | BALANCE |
|---|---|---|---|---|---|
| ACCRUED HOLIDAY | 0.0000 | 80.0000 | 0.0000 | 0.0000 | 80.0000 |
| COMP | 24.0000 | 0.0000 | 0.0000 | 0.0000 | 24.0000 |
| PERSONAL HOLIDAY | 0.0000 | 24.0000 | 0.0000 | 0.0000 | 24.0000 |
| SICK | 1270.8900 | 0.0000 | 0.0000 | -40.0000 | 1230.8900 |
| VACATION | 40.0000 | 200.0000 | 0.0000 | 40.0000 | 280.0000 |

| NET ALLOCATION | AMOUNT | NET ALLOCATION | AMOUNT |
|---|---|---|---|
| Direct Deposit [***508] | $1,521.12 | | |

| Time Card Detail | Work Date | Shift | Hours | Rate | Effective Rate | Lump Payment | Gross |
|---|---|---|---|---|---|---|---|
| HOLIDAY HALF TIME | 01/13/2018 | | 8.0000 | $13.8800 | $13.8800 | $0.00 | $111.04 |
| Regular | 01/13/2018 | | 80.0000 | $25.7700 | $25.7700 | $0.00 | $2,061.60 |

Direct Deposit

01/19/2018

$0.00

*** NOT NEGOTIABLE ***

DYKE, JENNIFER L.
6 WHITAKER COVE
AVON LAKE, OH 44012

City of Avon
36080 CHESTER ROAD
AVON, OH 44011

| | |
|---|---|
| PERIOD START: | 01/14/18 |
| CHECK #: | Direct Deposit |
| SALARY: | $0.00 |
| EMP NO: | 0599 |
| NAME: | DYKE, JENNIFER L. |
| DEPT: | POLICE DEPT. |
| WAGE YTD: | $6,992.28 |

| | |
|---|---|
| END: | 01/27/18 |
| DATE: | 02/02/18 |
| RATE: | $25.7700 |
| NET: | $1,621.82 |

| | |
|---|---|
| FED FS: | Single |
| FED EXEMPT: | 0 |
| FED ADD ON: | $0.00 |
| STATE FS: | Single |
| STATE EXEMPT: | 0 |
| STATE ADD ON: | $0.00 |

| PAY CODE | HOURS | RATE | CURRENT | YTD | PAY CODE | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| HOLIDAY HALF TIME | 8.0000 | $13.8800 | $111.04 | $332.40 | OVERTIME | 4.0000 | $39.6500 | $158.60 | $475.08 |
| Regular | 72.0000 | $25.7700 | $1,855.44 | $5,772.48 | Sick | 8.0000 | $25.7700 | $206.16 | $206.16 |
| | | | | | | 92.0000 | | $2,331.24 | |

| DEDUCTION | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
|---|---|---|---|---|---|
| FEDERAL TAX | $259.25 | $844.61 | STATE TAX | $57.68 | $172.99 |
| AVON CITY - RITA | $39.62 | $118.83 | MEDICARE | $32.82 | $98.44 |
| SINGLE HEALTH INS | $67.52 | $202.56 | OPERS | $233.12 | $699.22 |
| UNION DUES FOP | $19.41 | $58.23 | | | |
| | | | | $709.42 | |

| ACCRUAL (BENEFIT) as of 1/27/2018 | OPENING | EARNED YTD | USED YTD | TRANS YTD | BALANCE |
|---|---|---|---|---|---|
| ACCRUED HOLIDAY | 0.0000 | 80.0000 | 0.0000 | 0.0000 | 80.0000 |
| COMP | 24.0000 | 0.0000 | 0.0000 | 0.0000 | 24.0000 |
| PERSONAL HOLIDAY | 0.0000 | 24.0000 | 0.0000 | 0.0000 | 24.0000 |
| SICK | 1270.8900 | 10.0000 | 8.0000 | -40.0000 | 1232.8900 |
| VACATION | 40.0000 | 200.0000 | 0.0000 | 40.0000 | 280.0000 |

| NET ALLOCATION | AMOUNT | NET ALLOCATION | AMOUNT |
|---|---|---|---|
| Direct Deposit [***508] | $1,621.82 | | |

| Time Card Detail | Work Date | Shift | Hours | Rate | Effective Rate | Lump Payment | Gross |
|---|---|---|---|---|---|---|---|
| HOLIDAY HALF TIME | 01/27/2018 | | 8.0000 | $13.8800 | $13.8800 | $0.00 | $111.04 |
| OVERTIME | 01/27/2018 | | 4.0000 | $39.6500 | $39.6500 | $0.00 | $158.60 |
| Regular | 01/27/2018 | | 72.0000 | $25.7700 | $25.7700 | $0.00 | $1,855.44 |
| Sick | 01/27/2018 | | 8.0000 | $25.7700 | $25.7700 | $0.00 | $206.16 |

Direct Deposit

02/02/2018

$0.00

*** NOT NEGOTIABLE ***

DYKE, JENNIFER L.
6 WHITAKER COVE
AVON LAKE, OH 44012

City of Avon
36080 CHESTER ROAD
AVON, OH 44011

| | |
|---|---|
| PERIOD START: | 01/28/18 |
| CHECK #: | Direct Deposit |
| SALARY: | $0.00 |
| EMP NO: | 0599 |
| NAME: | DYKE, JENNIFER L. |
| DEPT: | POLICE DEPT. |
| WAGE YTD: | $9,233.48 |

| | |
|---|---|
| END: | 02/10/18 |
| DATE: | 02/16/18 |
| RATE: | $26.2900 |
| NET: | $1,564.65 |

| | |
|---|---|
| FED FS: | Single |
| FED EXEMPT: | 0 |
| FED ADD ON: | $0.00 |
| STATE FS: | Single |
| STATE EXEMPT: | 0 |
| STATE ADD ON: | $0.00 |

| PAY CODE | HOURS | RATE | CURRENT | YTD | PAY CODE | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 80.0000 | $26.2900 | $2,103.20 | $7,875.68 | RETRO OVERTIME | 24.0000 | $0.2600 | $6.24 | $13.20 |
| RETRO OVERTIME | 8.0000 | $0.8700 | $6.96 | $13.20 | RETRO PAY | 240.0000 | $0.5200 | $124.80 | $124.80 |
| | | | | | | 352.0000 | | $2,241.20 | |

| DEDUCTION | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
|---|---|---|---|---|---|
| FEDERAL TAX | $241.42 | $1,086.03 | STATE TAX | $54.52 | $227.51 |
| AVON | $38.04 | $156.87 | MEDICARE | $31.52 | $129.96 |
| SINGLE HEALTH INS | $67.52 | $270.08 | OPERS | $224.12 | $923.34 |
| UNION DUES FOP | $19.41 | $77.64 | | | |
| | | | | $676.55 | |

| ACCRUAL (BENEFIT) as of 2/10/2018 | OPENING | EARNED YTD | USED YTD | TRANS YTD | BALANCE |
|---|---|---|---|---|---|
| ACCRUED HOLIDAY | 0.0000 | 80.0000 | 0.0000 | 0.0000 | 80.0000 |
| COMP | 24.0000 | 0.0000 | 0.0000 | 0.0000 | 24.0000 |
| PERSONAL HOLIDAY | 0.0000 | 24.0000 | 0.0000 | 0.0000 | 24.0000 |
| SICK | 1270.8900 | 10.0000 | 8.0000 | -40.0000 | 1232.8900 |
| VACATION | 40.0000 | 200.0000 | 0.0000 | 40.0000 | 280.0000 |

| NET ALLOCATION | AMOUNT | NET ALLOCATION | AMOUNT |
|---|---|---|---|
| Direct Deposit [***508] | $1,564.65 | | |

| Time Card Detail | Work Date | Shift | Hours | Rate | Effective Rate | Lump Payment | Gross |
|---|---|---|---|---|---|---|---|
| RETRO OVERTIME | 01/28/2018 | | 8.0000 | $0.8700 | $0.8700 | $0.00 | $6.96 |
| RETRO OVERTIME | 01/28/2018 | | 24.0000 | $0.2600 | $0.2600 | $0.00 | $6.24 |
| RETRO PAY | 01/28/2018 | | 240.0000 | $0.5200 | $0.5200 | $0.00 | $124.80 |
| Regular | 02/10/2018 | | 80.0000 | $26.2900 | $26.2900 | $0.00 | $2,103.20 |

Direct Deposit

02/16/2018

$0.00

*** NOT NEGOTIABLE ***

DYKE, JENNIFER L.
6 WHITAKER COVE
AVON LAKE, OH 44012

City of Avon
36080 CHESTER ROAD
AVON, OH 44011

| | | |
|---|---|---|
| PERIOD START: 02/11/18 | END: 02/24/18 | FED FS: Single |
| CHECK #: Direct Deposit | DATE: 03/02/18 | FED EXEMPT: 0 |
| SALARY: $0.00 | RATE: $26.2900 | FED ADD ON: $0.00 |
| EMP NO: 0599 | NET: $1,477.02 | STATE FS: Single |
| NAME: DYKE, JENNIFER L. | | STATE EXEMPT: 0 |
| DEPT: POLICE DEPT. | | STATE ADD ON: $0.00 |
| WAGE YTD: $11,336.68 | | |

| PAY CODE | HOURS | RATE | CURRENT | YTD | PAY CODE | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| ACCRUED HOLIDAYS | 8.0000 | $26.2900 | $210.32 | $210.32 | PERSONAL HOLIDAY | 16.0000 | $26.2900 | $420.64 | $626.80 |
| Regular | 56.0000 | $26.2900 | $1,472.24 | $9,347.92 | | 80.0000 | | $2,103.20 | |

| DEDUCTION | CURRENT | YTD | DEDUCTION | CURRENT | YTD |
|---|---|---|---|---|---|
| FEDERAL TAX | $214.10 | $1,300.13 | STATE TAX | $49.69 | $277.20 |
| AVON | $35.62 | $192.49 | MEDICARE | $29.52 | $159.48 |
| SINGLE HEALTH INS | $67.52 | $337.60 | OPERS | $210.32 | $1,133.66 |
| UNION DUES FOP | $19.41 | $97.05 | | $626.18 | |

| ACCRUAL (BENEFIT) as of 2/24/2018 | OPENING | EARNED YTD | USED YTD | TRANS YTD | BALANCE |
|---|---|---|---|---|---|
| ACCRUED HOLIDAY | 0.0000 | 80.0000 | 8.0000 | 0.0000 | 72.0000 |
| COMP | 24.0000 | 0.0000 | 0.0000 | 0.0000 | 24.0000 |
| PERSONAL HOLIDAY | 0.0000 | 24.0000 | 16.0000 | 0.0000 | 8.0000 |
| SICK | 1270.8900 | 20.0000 | 8.0000 | -40.0000 | 1242.8900 |
| VACATION | 40.0000 | 200.0000 | 0.0000 | 40.0000 | 280.0000 |

| NET ALLOCATION | AMOUNT | NET ALLOCATION | AMOUNT |
|---|---|---|---|
| Direct Deposit [***508] | $1,477.02 | | |

| Time Card Detail | Work Date | Shift | Hours | Rate | Effective Rate | Lump Payment | Gross |
|---|---|---|---|---|---|---|---|
| ACCRUED HOLIDAYS | 02/24/2018 | | 8.0000 | $26.2900 | $26.2900 | $0.00 | $210.32 |
| PERSONAL HOLIDAY | 02/24/2018 | | 16.0000 | $26.2900 | $26.2900 | $0.00 | $420.64 |
| Regular | 02/24/2018 | | 56.0000 | $26.2900 | $26.2900 | $0.00 | $1,472.24 |

Direct Deposit

03/02/2018

$0.00

*** NOT NEGOTIABLE ***

DYKE, JENNIFER L.
6 WHITAKER COVE
AVON LAKE, OH 44012